# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIRECT CONNECT LOGISTIX, INC., | Case No. 1:16-cv-01006-AWI-SKO |
| Plaintiff, | **ORDER TO SUPPLEMENT RECORD** |
| v. | (Doc. No. 13) |
| ROAD KINGS TRUCKING INC., STAR LOGISTICS INC., | |
| Defendants. | |

Before the Court is the Notice of Motion and Motion of Plaintiff Direct Connect Logistix, Inc. for Default Judgment Against Both Defendants; and Supporting Declaration (the "Motion for Default Judgment"). (Doc. 13.) The Court notes that Defendant filed a declaration in support of the Motion for Default Judgment, (*see id.* at 3–5), but did not file any additional documentation supporting Plaintiff's (1) allegations regarding its contracts with Defendants; (2) alleged damages; or (3) request for attorneys' fees. The Court finds that this additional documentation is required to address the Motion for Default Judgment.

Accordingly, the Court ORDERS Plaintiff to file no later than Friday, September 30, 2016, the following documentation:

(1) the alleged contracts between Plaintiff and Defendants, which Plaintiff cites in the Complaint, (*see* Doc. 1 ¶¶ 21–38);

(2) documentation supporting Plaintiff's assertions regarding the harm it suffered due to Defendants' alleged conduct, (*see, e.g.*, *id.* at 10 (constituting Plaintiff's request in the Complaint for "$59,442.59 plus interest"));

(3)     itemized documentation supporting Plaintiff's request for attorneys' fees (*see id.* at 10; Doc. 13 at 5).

IT IS SO ORDERED.

Dated: **September 27, 2016**             /s/ *Sheila K. Oberto*
                                                     UNITED STATES MAGISTRATE JUDGE