# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIRECT CONNECT LOGISTIX, INC.,  <br>  Plaintiff,  <br>  v.  <br> ROAD KINGS TRUCKING INC., <br> STAR LOGISTICS INC., <br>  Defendants. | Case No. 1:16-cv-01006-AWI-SKO <br> **ORDER TO SUPPLEMENT RECORD** <br> (Doc. No. 13) |

Before the Court is the Notice of Motion and Motion of Plaintiff Direct Connect Logistix, Inc. for Default Judgment Against Both Defendants; and Supporting Declaration (the "Motion for Default Judgment"). (Doc. 13.)

On September 27, 2016, the Court directed Plaintiff to file documentation in support of the Motion for Default Judgment, including "itemized documentation supporting Plaintiff's request for attorneys' fees." (Doc. 14.) On September 30, 2016, Plaintiff filed, in pertinent part, the declaration of attorney Kathleen C. Jeffries, (Doc. 15 at 5–6), and invoices related to the amount of time Plaintiff's counsel has spent on this matter (*see id.*, Exs. E–G). However, Plaintiff failed to file any documentation supporting the requested hourly wages used by Plaintiff's counsel, and the record is otherwise devoid of any evidence supporting these hourly wages. The Court notes that, regardless of whether there is any merit to the Motion for Default Judgment, it cannot make a determination regarding the separate request for attorneys' fees absent this additional evidence.

//

//

Accordingly, the Court ORDERS Plaintiff to file detailed evidence supporting its requested hourly wages for the attorneys' fees determination no later than November 3, 2016. **Plaintiff is cautioned that if it again fails to file adequate evidence supporting the requested hourly wages by that date, the Court will be unable to address the attorneys' fees determination, regardless of whether there is merit to the Motion for Default Judgment, thereby precluding any award of attorneys' fees.**

IT IS SO ORDERED.

Dated:   **November 1, 2016**                    /s/ *Sheila K. Oberto*
                                                                    UNITED STATES MAGISTRATE JUDGE